JOSEPH LORANGER *versus* WILLIAM G. TAYLOR AND HENRY DISBROW.

JOURNAL ENTRIES (1825–29): *Journal 4:* (1) Notice of suit ordered published, continued *p. 75; (2) continued *p. 111; (3) bill taken as confessed, referred to master *p. 166; (4) reference rescinded, referred to register *p. 182; (5) rule of reference extended *p. 215; (6) report of register confirmed, decree ordered *p. 286; (7) decree *p. 308.

Papers in File: (1) Bill of complaint, precipe for subpoena; (2) writ of subpoena and return; (3) affidavit of non-residence; (4) agreement for pro confesso and for reference; (5) motion for pro confesso and for reference; (6) notice of respondent's claims against complainant; (7) motion to extend rule of reference; (8) depositions of Oliver Johnson, Isaac P. Skinner, Joseph Farrington, and Warren Bartlet; (9) depositions of Louis C. Bouate, Francis Cicott, Ezra Younglove, and William B. Hunt; (10) deposition of Oliver Johnson; (11) register's report of amount due; (12) minutes of testimony; (13) memo. of cows, oxen, etc.; (14) draft of decree; (15) deed of mortgage—William G. Taylor to Joseph Loranger; (16) deed—William G. Taylor to Henry Disbrow.
*Chancery Case 62 of 1825.*